**JOEL D. LEIDNER**
*Attorney at Law*
LEIDNER & LEIDNER, A.P.C.
4622 Hollywood Boulevard
Los Angeles, Ca 90027
Bar# 52559
Telephone: (323) 664-5670
Fax: (323) 662-0840

Attorney for Plaintiff
GUADALUPE P. GARCIA

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DENNIS J. HANNA
Special Assistant United States Attorney
Bar # 184475
　　333 Market Street, Suite 1500
　　San Francisco, California 94105
　　Telephone: (415)977-8962
　　Facsimile: (415)744-0134
　　E-Mail: Dennis.Hanna@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GUADALUPE P. GARCIA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, Commissioner of Social Security, <br><br> Defendant. | NO. CV 08-2523 CJC(AGR) <br><br> ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS PURSUANT TO 28 U.S.C. §§ 1920 AND 2412(d) |

　　Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Costs, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's

1 assignee, shall be awarded attorney fees under EAJA in the amount of three thousand
2
3 nine hundred dollars and no cents ($3,900.00), as authorized by 28 U.S.C. §§ 1920 and
4 2412(d), subject to the terms of the above-referenced Stipulation.
5
6
7 Dated:   February 6, 2009
8 _____
9 ALICIA G. ROSENBERG
United States Magistrate Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28